DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01047-RFB-PAL <br><br> **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** |

**SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS
PURSUANT TO NRS 18.130(1)**

Defendant SFR INVESTMENTS POOL 1, LLC ("SFR") hereby demands that Plaintiff CARRINGTON MORTGAGE SERVICES, LLC ("CARRINGTON" or "Lender"), an out-of-state resident, post a cost bond pursuant to NRS 18.130(1).

In Nevada, if a plaintiff resides outside of Nevada or is a foreign corporation, like the Lender, "security for the costs and charges which may be awarded against such plaintiff may be required by defendant, by the filing and service on plaintiff of a written demand therefor within the time limited for answering the complaint." NRS 18.130(1). When a defendant demands a

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1  cost bond, "all proceedings in the action shall be stayed" until plaintiff files "an undertaking,

2  executed by two or more persons, to be filed with the clerk, to the effect that they will pay such

3  costs and charges as may be awarded against the plaintiff by judgment, or in the progress of the

4  action" or "in lieu of such undertaking, the plaintiff may deposit $500, lawful money, with the

5  clerk of the court." *Id.* "After the lapse of 30 days from the service of notice that security is

6  required, or of an order for new or additional security, upon proof thereof, and that no

7  undertaking as required has been filed, the court or judge may order the action to be dismissed."

8  NRS 18.130(4).

9      "It is the policy of the United States District Court for the District of Nevada to enforce

10  the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL

11  925027 (D. Nev.)(*citing Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide*

12  *v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1    Here CARRINGTON is not a Nevada citizen, but rather a national mortgage services

2    company organized under the laws of the United States, with its main office located in Delaware.

3    Accordingly, SFR demands that the Lender post a $500 cost bond within thirty (30) days and

4    that the proceedings be stayed until such cost bond is posted. Should the Lender fail to comply

5    with the requirements of NRS 18.130 within thirty (30) days, SFR requests this action be

6    dismissed.

7

8    DATED this  25th  day of May, 2017.

9                                                **KIM GILBERT EBRON**

10

11   By:  */s/ Diana Cline Ebron*
                 DIANA CLINE EBRON, ESQ.
                 Nevada Bar No. 10580

12               E-Mail: diana@kgelegal.com
                 JACQUELINE A. GILBERT, ESQ.

13               Nevada Bar No. 10593
                 E-Mail: jackie@kgelegal.com

14               KAREN L. HANKS, ESQ.
                 Nevada Bar No. 9578

15               E-Mail: karen@kgelegal.com
                 KIM GILBERT EBRON

16               7625 Dean Martin Drive, Suite 110
                 Las Vegas, Nevada  89139-5974

17               Telephone: (702) 485-3300
                 Facsimile: (702) 485-3301

18                *torney for Defendant,*
                 *SFR Investments Pool 1, LLC*

19

20       **IT IS ORDERED** that, as the court has approved the parties' Stipulation and Order
for Security of Costs, the Motion is **DENIED as moot**.

21

22       Dated: June 12, 2017

23
                                          Peggy A. Leen
24                                        United States Magistrate Judge

25

26

27

28

- 3 -

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the __25th__ day of May, 2017, pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Ariel E. Stern, Esq.
Natalie L. Winslow, Esq.
Akerman LLP
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144-0563
E-Mail: ariel.stern@akerman.com
         natalie.winslow@akerman.com
*Attorney for Plaintiff,*
*Carrington Mortgage Services, LLC*

Douglas M. Cohen, Esq.
Gregory P. Kerr, Esq.
Jordan J. Butler, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
3556 East Russell Road, Second Floor
Las Vegas, Nevada 89120-2234
E-Mail: dcohen@wrslawyers.com
         gkerr@wrslawyers.com
         jbutler@wrslawyers.com
*Attorney for Defendant,*
*Tapestry at Town Center Homeowners Association*

 */s/ Michael L. Sturm*
MICHAEL L. STURM, an employee of
KIM GILBERT EBRON

- 4 -