UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; ESTHER MARIN, an individual,<br><br>Counter-Defendant/Cross-Defendant. | Case No. 2:17-cv-01047-RFB-PAL<br><br>**ORDER** |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid

inconsistent decisions, the Court will not consider any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

[**IT IS THEREFORE ORDERED** that this case is hereby STAYED.

**IT IS FURTHER ORDERED** that Plaintiff Carrington Mortgage Services, LLC's Motion for Summary Judgment (ECF No. 38) and Defendant/Counter Claimant SFR Investments Pool 1, LLC's Motion for Summary Judgment (ECF No. 39) are DENIED without prejudice. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that all other pending motions are DENIED without prejudice.

DATED this 12th day of July, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE