Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01047-RFB-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; ESTHER MARIN, an individual,<br><br>Counter-Defendant/Cross-Defendant. | |

SFR Investments Pool 1, LLC ("SFR") and Carrington Mortgage Services, LLC ("Carrington") stipulate as follows:

1. Carrington filed its Renewed Motion for Summary Judgment [ECF No. 51] on

- 1 -

August 23, 2018.

2. SFR's Response to Carrington's Motion is currently due September 13, 2018.

3. The parties agree to allow SFR until September 19, 2018 to file its Response.

The request is made to allow SFR to adequately prepare its Response.  This is SFR's first request for an extension of this deadline and is not made to cause delay or prejudice to any party.

DATED this 12th day of September, 2018.

| **KIM GILBERT EBRON** | **AKERMAN LLP** |
|---|---|
| */s/ Jason G. Martinez* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> JASON G. MARTINEZ, ESQ. <br> Nevada Bar No. 13375 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* | */s/ Ariel E. Stern* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Carrington Mortgage Services, LLC* |

**IT IS SO ORDERED.**



RICHARD F. BOULWARE, II
United States District Court

DATED: September 17, 2018.