DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; ESTHER MARIN, an individual,<br><br>Counter-Defendant/Cross-Defendant. | Case No.: 2:17-cv-01047-RFB-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF SFR INVESTMENTS POOL 1, LLC'S MOTION FOR SUMMARY JUDGMENT** |

SFR Investments Pool 1, LLC ("SFR") and Carrington Mortgage Services, LLC ("Carrington") stipulate as follows:

1. SFR filed its Renewed Motion for Summary Judgment [ECF No. 50] on August 23,

- 1 -

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

2018.

2. Carrington filed its Response to SFR's Renewed MSJ [ECF No. 52] on September 10, 2018.

3. SFR's Reply in Support of its Renewed Motion for Summary Judgment is currently due September 24, 2018.

4. The parties agree to allow SFR until October 9, 2018 to file its Reply.

The request is made to allow SFR to adequately prepare its Reply. This is SFR's first request for an extension of this deadline and is not made to cause delay or prejudice to any party.

DATED this 24th day of September, 2018.

**KIM GILBERT EBRON**　　　　　　　　**AKERMAN LLP**

*/s/ Jason G. Martinez*　　　　　　　　*/s/ Natalie L. Winslow*
DIANA S. EBRON, ESQ.　　　　　　　　ARIEL E. STERN, ESQ.
Nevada Bar No. 10580　　　　　　　　　Nevada Bar No. 8276
JACQUELINE A. GILBERT, ESQ.　　　　 NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 10593　　　　　　　　　Nevada Bar No. 12125
KAREN L. HANKS, ESQ.　　　　　　　　1635 Village Center Circle, Suite 200
Nevada Bar No. 9578　　　　　　　　　 Las Vegas, Nevada 89134
JASON G. MARTINEZ, ESQ.　　　　　　 *Attorneys for Carrington Mortgage Services, LLC*
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of September, 2018.