NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
        tenesa.powell@akerman.com
*Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01047-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR RECONSIDERATION AND REPLIES IN SUPPORT OF MOTIONS FOR RECONSIDERATION**<br><br>(FIRST REQUEST) |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Crossclaimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; ESTHER MARIN, AN INDIVIDUAL,<br><br>Counter/Crossdefendants. | |

Carrington Mortgage Services, LLC, SFR Investments Pool 1, LLC and Tapestry at Town Center Homeowners Association (**HOA**), hereby stipulate as follows:

1. Carrington filed its motion for partial reconsideration on May 24, 2019. [ECF No. 77]. SFR filed it response to Carrington's motion on June 7, 2019 [ECF No. 78] and HOA filed its joinder

49195660;1

to SFR's response to Carrington's motion on June 10, 20119 [ECF No. 80]. Carrington's reply is currently due on June 14, 2019.

2. The parties hereby stipulate and agree Carrington shall have fourteen (14) additional days to file its reply. The new deadline for Carrington to file its reply in support of motion for partial reconsideration shall be **June 28, 2019**.

3. SFR filed its counter motion for reconsideration on June 7, 2019. [ECF No. 79]. HOA filed its joinder to SFR's countermotion for reconsideration on June 10, 20119 [ECF No. 81]. Carrington's response is currently due on June 21, 2019.

4. The parties hereby stipulate and agree Carrington shall have seven (7) additional days to file its response to SFR's motion. The new deadline for Carrington to file its response to SFR's reconsideration shall be **June 28, 2019**. SFR shall have until **July 12, 2019** to file its reply.

5. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated June 14, 2019

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Carrington Mortgage Services, LLC* | */s/ Jason Martinez*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>JASON MARTINEZ, ESQ.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

*Signatures continued.*

49195660;1

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN**

*/s/Gregory P. Kerr*
DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
GREGORY P. KERR, ESQ.
Nevada Bar No. 10383
JORDAN J. BUTLER, ESQ.
Nevada Bar No. 10531
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120
*Attorneys for Tapestry at Town Center Homeowners Association*

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of June, 2019.

49195660;1