UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01047-RFB-BNW<br><br>**ORDER** |

Presently before the Court is the matter of Carrington Mortgage Services, LLC v. Tapestry at Town Center Homeowners Association, et. al., case number 2:17-cv-01047-RFB-BNW.

On June 12, 2017, the court ordered Carrington to post a security bond for $500.00. ECF No. 17. On June 15, 2017, Akerman LLP posted the security bond on behalf of Plaintiff Carrington, receipt number NVLAS050890 for $500.00. ECF No. 18.

On September 29, 2021, the Court entered an order granting final relief in this matter and closing the case. ECF No. 125. As this matter is now concluded, the Court orders that the $500.00 security bond, plus interest be returned to the Legal Owner designated in the certificate of cash deposit, Akerman LLP. ECF No. 18.

IT IS SO ORDERED.

Dated this 4th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE